## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Joletta McCrary,

        Plaintiff,

v.

Experian Information Solutions, Inc.,
Equifax Information Services, LLC,

        Defendants.

Case No.: 0:26-cv-01919-MJD-EMB

**ORDER TO SUBMIT PLAINTIFF JOLETTA MCCRARY'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO BINDING ARBITRATION AND TO STAY CASE**

On June 9, 2026, the Parties filed a Stipulation to Submit Plaintiff Joletta McCrary's Claims Against Experian Information Solutions, Inc. to Binding Arbitration and to Stay Case **[Doc. 25]** ("Stipulation").

The Court, having considered the parties' Stipulation and finding good cause, hereby **ORDERS as follows:**

1.    Plaintiff Joletta McCrary ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") shall proceed to arbitration before the American Arbitration Association regarding the claims asserted in this action; and

2.    This action is stayed as between Plaintiff and Experian, pending completion of the arbitration:

    a.  Plaintiff and Experian's discovery obligations as to each other are suspended, and

1

    b.  Any scheduling deadlines in this action are stayed until
completion of the arbitration.


Dated:  June 11, 2026                     s/Michael J. Davis

                                    Michael J. Davis
                                    United States District Court